UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:10-345-KKC

ICON BURGER DEVELOPMENT
COMPANY, LLC,                                                                                    PLAINTIFF

v.                                                       **ORDER**

DAIRY CHEER STORES, INC.,                                                        DEFENDANT

\* \* \* \* \* \* \* \* \*

The Court, having been advised by counsel that settlement has been reached on all matters in this case, **ORDERS** that this action be, and the same hereby is, **DISMISSED WITH PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

The Court will entertain a motion to redocket this action upon application to this Court within 45 days from entry of this Order.

**IT IS FURTHER ORDERED** that all pending deadlines and motions are hereby SET ASIDE.

Dated this 28th day of March, 2011.



Signed By:

*Karen K. Caldwell*   KKC

**United States District Judge**