UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

Eastern District of Kentucky
**FILED**
JUL - 6 2011
AT LEXINGTON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. 5:10-345-KKC

ICON BURGER DEVELOPMENT COMPANY, LLC,                    PLAINTIFF

v.                          **ORDER**

DAIRY CHEER STORES, INC.,                                DEFENDANT

\* \* \*   \* \* \*   \* \* \*   \* \* \*

This matter is before the Court on the parties' joint motion to extend by ten days the deadline for the parties to file a motion to re-docket this action. The Court, being sufficiently advised, **HEREBY ORDERS** that the Joint Motion [DE 21] is **GRANTED**. The Court will entertain a motion to re-docket through July 12, 2011.

This the 6th day of July, 2011.



Signed By:
*Karen K. Caldwell*
United States District Judge